**STATE of Missouri, Respondent**

v.

**William James KEY, Appellant.**

**No. WD 76718.**

Missouri Court of Appeals,
Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2014.

Erika Eliason, Columbia, MO, for Appellant.

Gabriel Harris, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM:

William James Key appeals the circuit court's judgment convicting him of the class C felony of driving while intoxicated

following a jury trial. We affirm. Rule 30.25(b).